

FILED

AUG 0 9 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

               Plaintiff,

        v.

ELFEGO ~~CISNEROS~~, *Alcala*

            Defendant.

CASE NO.  1:18-MJ-00129-EPG

ORDER TO UNSEAL ~~INDICTMENT~~ *Complaint*

     Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Complaint filed on July 2, 2018 be unsealed and become public record.

DATED: **8/9/18**

                               The Honorable Erica P. Grosjean
                               UNITED STATES MAGISTRATE JUDGE